UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:    **04-cv-02600-EWN**

**RICHARD L. HALEY,**

            Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

            Defendant.

---

**PROPOSED ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**

---

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) filed JUNE 16, 2008.

The Court hereby

**ORDERS** that the Plaintiff's attorney shall be entitled to receive, and Defendant shall pay, an additional amount of $6,422.75 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 17th day of June, 2008.

        BY THE COURT:


        s/ Edward W. Nottingham
        THE HONORABLE EDWARD W. NOTTINGHAM
        Chief United States District Judge