UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-cv-02600-EDWARD W. NOTTINGHAM

RICHARD L. HALEY,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## AMENDED ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

    The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) filed JUNE 16, 2008.

    The Court hereby

    **ORDERS** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, an additional amount of $6,422.75 under 42 U.S.C. § 406(B) for representation in this Court.

    DATED at Denver, Colorado, this 19th day of June, 2008.

                                BY THE COURT:

                                <u>s/ Edward W. Nottingham</u>
                                EDWARD W. NOTTINGHAM
                                Chief United States District Judge